Name: Shaidon Blake #96323
Address: EDCF PO Box 311
EL Dorado, KS. 67042

FILED
FEB 12 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Shaidon Blake, Plaintiff
(Full Name)

V.

Sgt Wallace, Sgt Gorman, Sgt. Chastain, Nurse Christian and Centurion Health Services
Defendant(s)

CASE NO. 21-3046-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Shaidon Blake (Plaintiff), is a citizen of California (State) who presently resides at EDCF PO Box 311 EL Dorado, KS. 67042 (Mailing address or place of confinement.)

2) Defendant Sgt. Wallace (Name of first defendant) is a citizen of EL Dorado, KS 67042 (EDCF) (City, State), and is employed as Sgt./Correctional Officer (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Sgt Wallace was working in the capasity of a unit supervisor for Dept. of Corrections

1

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983

3) Defendant **Sgt. Gorman** is a citizen of
(Name of second defendant)

**El Dorado, Ks. 67042**, and is employed as
(City, state)

**Sgt., Correctional Officer**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

Sgt. Gorman was working in the capasity of a unit Superviser for Dept. of Corrections

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

4th & 8th amendment of the U.S.C
14th amend.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

The defendants made a decision to force me into a restraint chair at which time I was forced to recieve medical treatment I turned down. During this treatment, I was given injections of morphin, and phentenol, both which I refused along with any medical services. I had the absolute right to refuse any invasive medical proceedures. this was not a mental health issue at all, no disciplinary report was issued to justify the use of force in the form

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983

of a restraint chair w/ officers forcing me into a strapped chair. this is unnecessary excessive use of force along w/ the violation of the 4th, 8th & 14th amend.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Excessive use of force / 8th amend violation

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

(See added pages)

B) (1) Count II: Right to be secure in my person 4th amend. Invasive medical procedures w/ medications forced on me.

(2) Supporting Facts: (See added page)

C. Cause of action cont.

(p 2)
1) Use of force have to be justified by actions of infractions committed by the plaintiff, yet no provocation exists, therefore no disciplinary report was ever written or issued to plaintiff. This was not a situation where I was a threat to self, someone else, or the institution, which it has been the case to justify the use of force to make a prisoner comply with involuntary injections of psych meds. This was not the case, so to force invasive medical procedures on me against my will violated my right to be secure in my person (4th amend.) Unnecessary excessive use of force is gross negligence due to deliberate indifference to my pain & suffering (8th amend.) No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S., nor shall any state deprive any person of life or equal protection under law. Which is done with force once a person refuse medical procedures that are invasive. You cannot force a women to have an abortion, I can not be forced to recieve opiods or any medical procedure invasive to my body.

(Supporting facts to apply to defendants Wallace, Gorman and ~~Nurse Christian~~ Chastain)

Its important to note corrections staff w/ Nurse Christian made the decision to force me to go to the hospital off site, during this pandimic, based on their observation, not by request from me. They said I looked like I was experiencing a stroke, but I was being recorded and spoke clearly, not demonstrating any symptoms of a stroke. Sgt Wallace said "I'm going to the hospital" on my own or by force" H.I.P.A.A laws prohibit correctional staff from interfering with or being involved w/ my medical business due to privacy rules which were violated w/ this act.

(Count II)

2) Nurse Christian made the decision to send me to a outside hospital during this pandemic based on a observation stating I was having a stroke. Her assesment was incorrect, and I refused medical treatment. They have forms for refusal that applies to this situation, but I was not given the opportunity to refuse. Nurse Christian forced me to be subjected to a excessive use of force due to my refusal of invasive medical treatment. I recieved morphin & phentenal by way of injection after my refusal of services. Then taken to the emergency room, all against my will.

Centurion, the medical provider for EDCF have supervisory

responsibility for their employee, Nurse Christian.

### Defendant info Cont.

Sgt Chastain is a citizen of El Dorado, Ks. 67042 as a Sgt./correctional officer and at the time of this claim was acting under the color of law.

Sgt Willus was working in the capacity of a unit supervisor for the dept. of Corrections.

Nurse Christian is a citizen of El Dorado, Ks. 67042 as a nurse working for Centurion Health Services, and at the time of this claim was acting under the color of law.

Nurse Christian, was working as a agent of the Kansas D.O.C. providing medical services for prisoners.

Centurion Health Services, was acting under color of law as health care service providers for K.DOC, as contracted employees of K.D.O.C. they are responsible for treatment, the only treatment, recieved by prisoners @ EDCF.

C) (1) Count III: <u>DXM Equal Protection under the law (14th amend.)</u>

(2) Supporting Facts: <u>The laws protects me from being forced to recieve any invasive medical procedure so to force drugs in me violated my civil rights (See added page.)</u>

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

    d) Issues raised N/A

    e) Approximate date of filing lawsuit __11-3-20__

    f) Approximate date of disposition __NA__

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I filed a grievance to warden, unit team and Dept. of Corr. H.Q. to no avail

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Compensatory & punitive damages (monitary) Injunctive relief

_____    _Saylor Blake #96323_
Signature of Attorney (if any)                    Signature of Plaintiff

_____
(Attorney's full address and telephone number)