IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAIDON BLAKE,

                        Plaintiff,

      v.                                            CASE NO. 21-3046-SAC

(FNU) WALLACE, et al.,

                        Defendants.

**O R D E R**

Plaintiff filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. On February 3, 2022, the Court ordered the preparation of a *Martinez* Report, which is currently due on May 2, 2022. (*See* Doc. 7.) The Order further provided that "[n]o answer or motion addressed to the Complaint shall be filed until the *Martinez* Report required herein has been prepared." *Id*. However, the docket sheet for this case states that Defendant Centurion's answer is due on April 4, 2022, and the other defendants' answers are due on May 2, 2022. (*See* Docs. 13 and 14.)

To clarify, upon the filing of the *Martinez* Report, the Court will complete the screening of this action pursuant to 28 U.S.C. § 1915. If the action survives screening, the Court will enter an order to that effect and set a deadline for Defendants to answer the Complaint.

**IT IS THEREFORE ORDERED** that the deadlines contained in Doc. 13 and Doc. 14 are rescinded. No answer or motion addressed to the Complaint shall be filed until so ordered by the Court.

1

**IT IS SO ORDERED.**

DATED: This 9th day of March, 2022, at Topeka, Kansas.

**s/ Sam A. Crow**
**SAM A. CROW**
**U.S. Senior District Judge**