## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**SHAIDON BLAKE,**

                **Plaintiff,**

      v.                          **CASE NO. 21-3046-SAC**

**(FNU) WALLACE, et al.,**

                **Defendants.**

## O R D E R

Plaintiff brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. The Court entered a Memorandum and Order and Order to Show Cause (Doc. 4) ("MOSC") directing Plaintiff to show cause why his Complaint should not be dismissed. Plaintiff responded to the MOSC (Doc. 5), and upon reviewing Plaintiff's response, the Court entered a Memorandum and Order (Doc. 7) ("M&O") directing EDCF officials to prepare a *Martinez* Report. The Report is currently due by May 2, 2022. This matter is before the Court on Plaintiff's motion (Doc. 16) seeking to amend his Complaint by adding defendants and claims.

Rule 15 of the Federal Rules of Civil Procedure allows a party to amend its pleading once as a matter of course within: "(A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A) and (B). More than 21 days have passed since the Complaint was served on Defendants. Therefore, Plaintiff is not entitled to file an amended complaint as a matter of course under Fed.

R. Civ. P. 15(a)(1).  Rule 15 provides that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave" and that "[t]he court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).

Plaintiff's motion to amend fails to attach a proposed amended complaint as required by the Court's Local Rules.  *See* D. Kan. Rule 15.1(a)(2).  Therefore, the Court will deny his motion.  The Court also notes that Plaintiff seeks to add claims and defendants that were the subject of other lawsuits filed by Plaintiff that either are proceeding or have been dismissed.  Plaintiff's claim here alleges that he was forcibly administered injections of morphine and fentanyl by EDCF medical and corrections staff.  It does not appear that the defendants Plaintiff seeks to add personally participated in that incident.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion to amend complaint (Doc. 16) is **denied.**

**IT IS SO ORDERED.**

DATED:  This 27th day of April, 2022, at Topeka, Kansas.

s/ Sam A. Crow
**SAM A. CROW**
**U.S. Senior District Judge**