IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAIDON BLAKE,

                     **Plaintiff,**

      v.                                          **CASE NO. 21-3046-SAC**

(FNU) WALLACE, et al.,

                       **Defendants.**

**O R D E R**

    This matter is before the Court on three motions filed by Plaintiff. This first is a Motion for Summary Judgment (Doc. 19) filed by Plaintiff on May 19, 2022. On February 2, 2022, the Court ordered the preparation of a *Martinez* Report by Interested Party Kansas Department of Corrections (KDOC). The order states, "No answer or motion addressed to the Complaint shall be filed until the *Martinez* Report required herein has been prepared." (Doc. 7.) The report has not yet been filed. Therefore, Plaintiff's motion is denied without prejudice to his refiling it at a later date.

    Plaintiff has also filed a motion requesting reconsideration of the Court's order granting KDOC's motion for an extension of time to file the *Martinez* Report (Doc. 25). Plaintiff argues that he should be granted summary judgment because KDOC missed the deadline to file the report and because Defendants have not responded to his motion for summary judgment. This motion is also denied. KDOC is not a defendant to this action but an interested party for the purposes of preparing the *Martinez* Report. Hence, the Court declines to attribute KDOC's missed deadline to

1

Defendants.  As for Defendants' failure to respond to Plaintiff's motion, the motion was not properly filed as explained above.

Last, Plaintiff filed a Motion to Correct the Record and Renewed Objection to Defense Extension (Doc. 26).  Plaintiff points out the new deadline for KDOC to file the *Martinez* Report falls on a Sunday.  Per court rules, the report is due the next business day.  Plaintiff also continues to object to the extension of time granted by the Court, referring to it as a "Defense Extension."  The motion is denied, and the Court again notes that KDOC is not a defendant to this action.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 19) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 25) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Correct the Record and Renewed Objection to Defense Extension (Doc. 26) is **denied**.

**IT IS SO ORDERED.**

DATED:  This 10th day of June, 2022, at Topeka, Kansas.

>**s/ Sam A. Crow**
>**SAM A. CROW**
>**U.S. Senior District Judge**