# Names

| Name Type | Name |
|---|---|
| Conviction | BLAKE, SHIDON |
| True | BLAKE, SHAIDON EMMANUEL |
| Alias | BLAKE, SHAIDON EMANUEL |
| Alias | DON PAPPA, |
| Alias | SMITH, SHALDON EMMANUEL |
| Alias | SMITH, SHAMVOY ARNAW |
| Alias | SMITH, SHAMVOY EMMANUEL AMA |
| Alias | SMITH, SHIDON EMMANUEL |



**(/kasper/search/image?kdocNumber=0096323&imageNumber=1)**

**BLAKE, SHIDON**

**Approx Picture Date**

2018-07-06



**(/kasper/search/image?kdocNumber=0096323&imageNumber=2)**

**BLAKE, SHIDON**

**Approx Picture Date**

2018-07-06

# Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| 0096323 | | 234179PA9 |

# Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | 1972 | 50 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-9" | 250 | Male | Black |

## Current Status reported by Dept. of Corrections

| Work or Program Participation | Working in a job |

| Current Status | Unavailable |

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Unknown | 106177029 | May 16, 2006 | May 30, 2007 | Conspired | Conspiracy to Murder 1st Degree | 1 | Unknown | Active | MD |
| Unknown | 106177028 | May 16, 2006 | May 30, 2007 | N/A | Murder in the 2nd Degree (Intentional) | 1 | Unknown | Active | MD |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Sep 29, 2020 | Inter-Facility Movement |
| Lansing CF-Central | Sep 14, 2020 | Inter-Facility Movement |
| El Dorado CF-Central | Jul 30, 2019 | Inter-Facility Movement |
| Lansing CF-Central | Jul 05, 2018 | Inter-Facility Movement |
| El Dorado CF-RDU | Apr 02, 2018 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 01, 2018 | Inter-Facility Movement |
| El Dorado CF-RDU | Mar 20, 2018 | Interstate Compact |
| Unknown or N/A | Feb 10, 2011 | Compact Released From Facility |
| Hutchinson CF-Central | Apr 07, 2010 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-RDU | Mar 09, 2010 | Inter-Facility Movement |
| Lansing CF-Central | Mar 03, 2010 | Interstate Compact |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 18, 2021 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Oct 14, 2020 | 1 | El Dorado Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Aug 10, 2020 | 1 | El Dorado Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Aug 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Aug 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Aug 04, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Jul 22, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jul 22, 2020 | 3 | El Dorado Correctional Fac. - Central | Restr Area and Unauth Presence |
| Jul 19, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 19, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Being Drun,,Intox,Altered Con. |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Jul 18, 2020 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Being Drun,,Intox,Altered Con. |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Jul 17, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Jul 17, 2020 | 1 | El Dorado Correctional Fac. - Central | Being Drun,,Intox,Altered Con. |

| Date | Class | Location | Type of report |
| --- | --- | --- | --- |
| Jul 17, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jul 17, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Jun 18, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 10, 2020 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Apr 24, 2020 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Mar 30, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Mar 30, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 30, 2020 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Mar 19, 2020 | 2 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Oct 23, 2019 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jul 18, 2019 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jul 18, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jun 09, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jun 09, 2019 | 1 | Lansing Correctional Facility - Central | Interfering W/Official Duties |
| Jun 09, 2019 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| May 30, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| May 30, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 30, 2019 | 1 | Lansing Correctional Facility - Central | Fighting |
| May 17, 2019 | 2 | Lansing Correctional Facility - Central | Obscenity (W/O Children) |
| May 17, 2019 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |
| Apr 04, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 04, 2019 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Mar 03, 2019 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jan 30, 2019 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Dec 23, 2018 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Dec 23, 2018 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Oct 09, 2010 | 2 | Hutchinson Correctional Fac. - Central | Lying |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Oct 09, 2010 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |