Exhibit B

## AFFIDAVIT OF LIEUTENANT ALAN TAYLOR

STATE OF KANSAS )
)ss:
COUNTY OF BUTLER )

I, Alan Taylor, being first duly shown, on oath states the following:

1. I am employed with the Kansas Department of Corrections at El Dorado Correctional Facility. My title is Lieutenant and I have been employed at El Dorado Correctional Facility in various capacities since 2009.
2. I have reviewed or collected the records of the event for the Kansas Department of Correction along with the video and photos. The statements herein are either based on personal knowledge or drawn from records compiled during the ordinary course and scope of my duties for the Kansas Department of Corrections.
3. After the signal medical was called, CSI Wallace contacted me and briefed me regarding the situation. He stated that, per RN Chastain, offender Blake, Shidon #96323 was exhibiting stroke like symptoms and was needing to be sent out via emergent EMS to Wesley Medical Center. CSI Wallace also stated that offender Smith was being aggressive and resistant towards staff and requested use of the restraint chair to transport him to the trauma room, which I approved due to the emergent situation.
4. Once Mr. Blake was assessed and sent out via EMS, duty officer was notified, and I collected all written reports, video and photos that had been taken from all staff involved in the medical emergency.
5. I looked over all the information and found that the documentation looked complete. I then submitted the video, photos, and written reports to the major's office for review.

FURTHER AFFIDAVANT SAYETH NAUGHT

*Lt Alan P Taylor*
Alan Taylor, Lieutenant
Kansas Department of Corrections

Subscribed and sworn to before the undersigned on __21__ day of __June__ 2022.

*J. Hoepner   6/21/2022*
Notary Public

My appointment Expires: 8/26/2025

NOTARY PUBLIC - State of Kansas
JEREMY HOEPNER
My Appt Expires  8/26/25