**STAFF READ ONLY**

Page 1 of 2   Attachment A, IMPP 12-111
Effective 08-07-13

## KANSAS DEPARTMENT OF CORRECTIONS
## USE OF FORCE REPORT

RECEIVED

SEP 04 2020   21-068

MAJOR'S OFFICE

FACILITY / PAROLE REGION: __EDCF – Central Unit__   LOCATION/UNIT: Central_____   FILE #:

LOCATION OF INCIDENT: A1 Medical Room _____

| NAME & NUMBER OF INMATES INVOLVED | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| Blake, Shidon #96323 | **9/3/2020** | **1950** |
| | **DATE OF REPORT** | **TIME OF REPORT** |
| | **9/3/2020** | **2100** |

| NAME, POSITION TITLE AND ID # OF STAFF INVOLVED* | WEAPONS/MUNITIONS USED: |
|---|---|
| Wallace, Robert  CSI  K0000218514 ✓<br>Chastain, Shawn  CSI  K0000207099 ✓<br>Gorman, Sage  CSI  K0000233070 ✓<br><br>*All staff involved in or witnessing a use of force application shall submit a narrative report.* | _____ Firearms<br>_____ Chemical Agents<br>_____ K-9 Elements<br>_____ Electronic Control Device<br>_____ Striking Instruments<br>_____ High Pressure Water<br>_____ Impact Munitions<br>XXX Other (Describe) Unarmed Physical Intervention |

| LEVEL OF FORCE USED | **XXXX** REACTIVE FORCE _____ PLANNED FORCE* |
|---|---|
| XXXX Less Than Lethal Force<br><br>_____ Deadly Force | *Print name and title of person giving authorization:<br><br>N/A_____<br>Name                    Title |

**DOCUMENTATION:**

Video Tape Made? _X_ Yes __ No          Number Of Tapes 1_____
Printed name & title of person making video tape recording(s):
Name Nordquist_____ Title COI
Video Tapes Turned Over To:  Name Captain's Office_____ Title N/A
Still Photographs Made? _X_ Yes _____ No   Number Of Photographs: 1 Crime Scene   0 Injuries   3 Staff
Printed Name & Title Of Person Taking Photographs
Name  Nordquist_____ Title COI_____
Printed Name & Title of person waiving the need for taking photographs:
Name N/A_____ Title N/A_____
Photographs turned over to:
Name Captain's Office_____ Title N/A_____

**OTHER REPORTS PREPARED (indicate number or type and attach a copy)**

Number of Narrative Reports: __3___

Segregation Reports:  Yes ___ No _X__                    Incident Reports
Disciplinary Reports:  Yes _ _ No _X__                    of Staff Injuries:  Yes _ __ No _X__

Form #12-111-001

**STAFF READ ONLY**

**REASON FOR USE OF FORCE**

On 9/3/2020 at approximately 1913, I responded to 12-149 for an escort to A1 medical room. After the initial assessment, the on-call doctor requested for him to be transported to Wesley Medical Center via EMS emergent due to Stroke like symptoms. At that point, offender Blake started to get verbally aggressive. I contacted the Captain's office and informed them about the situation.  CSI Chastain and COI Nordquist arrived with the restraint chair.

**DESCRIPTION OF THE APPLICATION OF FORCE:**

CSI Gorman had control of offender Blake right arm and I had control of the left arm. We assisted the offender off the exam table to the restraint chair. Then CSI Gorman, CSI Chastain and I secured the offender to the chair. Offender Blake did not physically resist the chair placement.

**IDENTIFY INJURIES / TREATMENT & TIME OF TREATMENT / NAME & TITLE OF MEDICAL STAFFF***

Offender Blake was assessed by RN Christian, Laura 19500002584. Initial assessment was a Stroke like symptoms at 1935.

*Medical reports of any injuries to staff or inmates shall be made a part of the Use of Force file.

**LIST ALL WITNESSES (specify staff or inmate):***

Christian, Laura RN 19500002584

*All staff involved in or witnessing a use of force application shall submit a narrative report.

**OTHER EVIDENCE (If yes, describe and specify where it is secured):**

N/A

**ADDITIONAL COMMENTS:**

After offender Blake was secured in the restraint chair we escorted him to the trauma room where EMS was waiting for him. After the restraints replaced with the transport equipment SST took over the escort. Offender Blake off site to Wesley Medical Center via EMS at 2040.

Officer/Staff Member Filing Report:

| | | | |
|---|---|---|---|
| CSI Robert Wallace | K0000218514 | | 9/3/2020 |
| Printed Full Name | Employee No. | Signature | Date |

Name of Shift Supervisor:

| | | | |
|---|---|---|---|
| CSII Taylor, Alan | K0000212034 | | 9/3/2020 |
| Printed Full Name | Employee No. | Signature | Date |

Form #12-111-001

Attachment A, IMPP 01-113
Effective 04-08-13

## Kansas Department of Corrections
## INCIDENT REPORT

**DATE:** 09/03/20

**FACILITY OR PAROLE REGION:** EDCF

**UNIT (If Applicable)** Central

**Time Report Submitted:** 2200          **REPORT #: IR** _ _ __ __ ___

**WHAT HAPPENED:** (Briefly describe the incident.) Offender Blake #96323 displayed signs of possible stroke, A2-149.

**WHEN: Time** 1915 AM/PM          **DATE:** 09/03/20
**WHERE:** A2-149

**WHO WAS INVOLVED:** (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES). The RO, including any narrative report writer, must include their State-Issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I |
|---|---|---|---|---|---|---|---|
| Blake, Shidon | 96323 | P | I | CSI Chastain, Shawn | K0000207099 | W | E |
| CSI Wallace, Robert | K0000218514 | W | E | RN Christian, Laura | 195000002584 | W | E |
| | | | | | | | |

**HOW DID IT HAPPEN:** (Method of Operation-M.O.)  While escorting the medication pass in A2, I came to cell A2-149 and immediately noticed signs of a possible stroke, contacted response nurse RN Christian.

**WHY DID IT HAPPEN:** (State Motive or Cause) Signs of possible stroke.
Description Of Weapon Or Evidence Found: N/A
Was Search Of Area Made? _____ Yes X No, by Whom: N/A
Were Still Photographs Taken? X Yes _____ No, by Whom: Response Officer
Was a Videotape Made? X Yes _____ No, by Whom: Response Officer
Evidence and/or Photographs/Videotape Turned Over To: Captain's Office
Was A Follow-Up Investigation Initiated? _____ Yes   X No

**COMMENTS:** (Attach additional pages as necessary.) On date 09/03/20 at approximately 1915 I was escorting the medication pass in A2 and came to cell A2-149. At the door it was immediately apparent that offender Blake #96323 was behaving abnormally. He had been yelling out his door the entire shift prior to the recent moments, he then spoke quietly with slurred speech, stating he was having some pressure in his chest and that he did not feel well. Offender Blake exhibited facial drooping, slurred speech, difficulty maintaining balance. Offender Blake's cell mate assisted him in sitting on the toilet seat as I called for RN Christian. Christian briefly began to assess Blake at the door but quickly determined she needed to assess him further. I contacted the Captain's Office for an additional escorting officer, CSI Wallace. CSI Wallace and I escorted Blake in belly chains and a wheel chair to the A1 Clinic Room to be assessed. RN Christian contacted the on-call doctor and it was determined that Blake would be sent to the hospital. Offender Blake verbally refused to go to the hospital and demanded to be given a refusal form. The three of us conversed with him to explain that, due to the fact that signs of potentially life-threatening conditions existed, he would not be allowed to refuse. Blake began suggesting that he would resist escort and attempt to fight any escorting officers. West Side Response Team was contacted for escorted, with mobile restraint chair and video camera. While waiting for response, offender Blake attempted to argue with CSI Wallace and began to get down from the examination table. After several orders were given by CSI Wallace to sit back down, we assisted him sitting back on the table by lifting him under his arms and placing him down. I placed by arms under Blake's shoulders and held onto his wrists, to prevent him from continuing to make hand movements toward CSI Wallace. Once the response team arrived with the chair, Blake did not physically resist placement in the mobile restraint chair. Offender Blake was escorted, on camera, to the Trauma Room where he was assessed by EMS staff. Blake was escorted to the hospital by other officers.

**RELATED REPORTS COMPLETED:** (Check all that apply and attach a copy.)
Disciplinary: _____ Yes  S No          Use of Force: X Yes _____ No
Wanted For Escape: _____ Yes X No      Admin Seg/P.C.: _____ Yes X No
Other Admin Seg: _____ Yes X No        Placement in County Jail: _____ Yes X No
Other Narratives: X Yes _____ No

**NAME OF OFFICER FILING REPORT:**
Signature: _(signature)_
State ID Number: K0000233070
Printed Full Name: CSI Gorman, Sage
Date: 09/03/20

**NAME OF REVIEWING SUPERVISOR:**
Signature of Supervisor: _(signature)_
State ID Number: K00002(2023(
Printed Full Name: _Allen D Taylor_
Date: 9/3/2020

Form #01-113-001

# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

TO: **Captians Office** _____     DAY/DATE: **Thursday** _____
                                                               (Day/MM/DD/YY)

SUBJECT: **Blake #96323** _____     FROM: **Nordquist, Josiah** _____
                                                         (Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify  V, P, or W.  Also indicate whether the individual(s)
named are Employees or Inmates by specifying E or I.  BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Nordquist, Josiah | K0000234611 | | | Blake, Shidon | 96323 | A2 | 149 |

Check appropriate box (s) below:

☐ Information - <u>No response request</u>                    ☐ Supplement to Incident Report IR# _____ - _____ - _____

☐ Information - <u>Response requested</u>                    ☐ Supplement to Use of Force Report UOF# _____ - _____

☐ Supplement to Disciplinary Report DR#        -        -

**Facts:**
      I was called to the A1 with a video camera. I was there to record the placement in the restraint chair. I recorded the placement of Offender Blake in the restraint chair. After the use of force the SD card was turned over to the Captains Office.

(Attach additional pages as needed)

Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐Warden ☐DWO Suite ☐DWP ☐DWSS ☐Class. Admin. ☐I&I ☐Food Serv. ☐ Maint. ☐Other: _____

UTM ☐ A ☐ B ☐ C ☐ D ☐ E ☐ U-Dorm     ☐ East A ☐ East F     ☐ North Unit     ☐ East Unit

_____                           **Nordquist, Josiah K0000234611**
     Signature                                            Print Full Name & KDOC#

Supervisory Action Taken: _____

_____
     Supervisor's Signature
## EL DORADO CORRECTIONAL FACILITY

Revised:  09/03/20

**TO:** _____

**FROM:** _____

**SUBJECT:** _____

**DATE:** _____

**IR#** _____ - _____ - _____

**PAGE:** _____ OF _____

**Supplemental Page to Narrative Report**

Signature: _____

Printed Name & KDOC #: _____

Revised: 09/03/20

# EL DORADO CORRECTIONAL FACILITY
# NARRATIVE REPORT

**TO:**   Captain's Office

**DAY/DATE:**   __Thursday/09/03/2020__
(Day/MM/DD/YY)

**SUBJECT:**   **UOF ACH Blake**

**FROM:**   **Chastain, Shawn, R. Box 241**
(Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify  V, P, or W.  Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I.  BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Chastain, Shawn R | K0000207099 | | | Wallace, Robert | K0000218514 | | |
| Gorman, Sage | K0000233070 | | | Christian, Laura | 19500002584 | | |
| Blake, Shidon | 96323 | A2CH | 149 | | | | |
| | | | | | | | |

Check appropriate box (s) below:

- [ ] Information - No response request
- [ ] Information - Response requested
- [ ] Supplement to Disciplinary Report DR#  _____ - _____
- [ ] Supplement to Incident Report IR# _____ - _____ - _____
- [x] Supplement to Use of Force Report UOF# _____ - _____

ts:

On 09/03/2020 at approximately 1945 I responded to ACH per the shift supervisor to assist with an escort. Upon arriving to ACH it was explained that offender Blake #96323 had been assessed by nurse Christian and needed to go to the trauma room, but was refusing to be taken there. I assisted with securing offender Blake's legs in leg irons. He was being held in place by CSI Wallace and CSI Gorman, as he did not want to be restrained in the leg irons. CSI Wallace held offender Blake's #96323 left arm while CSI Gorman held Blake's #96323right arm. CSI Wallace also placed his leg in front of offender Blake's #96323 left leg to prevent him from kicking as I applied the leg iron to offender Blake's #96323 left leg. I then secured the right leg with the leg irons with less resistance from offender Blake #96323. We then placed offender Blake #96323 in the restraint chair, to facilitate his movement, as offender Blake #96323 still did not want to be escorted to the trauma room. I assisted in securing offender Blake's #96323 waist and left arm, while attempting to calm him as much as possible. After offender Blake #96323 was secure in the restraint chair, we escorted him to the trauma room, and he was assessed by EMS, then taken by EMS to Wesley medical center for outside medical care.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

- [ ] Warden  [ ] DWO Suite  [ ] DWP  [ ] DWSS  [ ] Class. Admin.  [ ] I&I  [ ] Food Serv.  [ ] Maint.  [ ] Other: _____

UTM  [ ] A  [ ] B  [ ] C  [ ] D  [ ] E  [ ] U-Dorm  [ ] East A  [ ] East F  [ ] North Unit  [ ] East Unit

_CSI Chastain_
Signature

**Chastain, Shawn K0000207099**
Print Full Name & KDOC#

Supervisory Action Taken:

Supervisor's Signature

Revised:  09/03/20

**EL DORADO CORRECTIONAL FACILITY**

TO: _____          DATE: _____
FROM: \_\_\_\_\_          IR# _____ - \_\_ - _____
SUBJECT: \_\_\_\_\_        PAGE: _____ OF _____

**Supplemental Page to Narrative Report**

Signature: _____

Printed Name & KDOC #: _____

Revised:  09/03/20

**Troy Carrell [KDOC]**

| | |
|---|---|
| **From:** | Christian, Laura <lchristian@TeamCenturion.com> |
| **Sent:** | Thursday, September 3, 2020 10:59 PM |
| **To:** | KDOC_EDCF_Narrative_Submission_DL; DL KS EDCF Nurses; DL KS EDCF BH; DL KS EDCF CMA |
| **Subject:** | A2 149 Blake 96323 |

*EXTERNAL*: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Called to offenders cell for slurred speech and unusual behavior. Spoke with offender and noticed the right side of his mouth was drooping. Offender removed from cell and taken to nurses station for further evaluation. Dr. Wilnaur called with the findings and orders received to have the offender transported per EMS to Wesley. Restraint chair was used to transport the offender from the nurses station to the trauma room. Offender was afraid and had become combative. Offender delivered to EMS staff without injury. EMS medicationed the offender for pain and transported him to Wesley.

L. Christian R.N.

CONFIDENTIALITY NOTICE: This communication contains information intended for the use of the individuals to whom it is addressed and may contain information that is privileged, confidential or exempt from other disclosure under applicable law. If you are not the intended recipient, you are notified that any disclosure, printing, copying, distribution or use of the contents is prohibited. If you have received this in error, please notify the sender immediately by telephone or by returning it by return mail and then permanently delete the communication from your system. Thank you.

# EL DORADO CORRECTIONAL FACILITY
## NARRATIVE REPORT

TO:  __Captain's Office__                    DAY/DATE:  __09/3/2020__
                                                      (Day/MM/DD/YY)

SUBJECT:  __Offender Blake #96323__          FROM:  __Silver,Joshua,A__
                                                   (Print:Last, First, MI Box #)

Who was involved: (Provide(s) of Victim(s), Perpetrator(s), Witness(s) and specify  V, P, or W.  Also indicate whether the individual(s) named are Employees or Inmates by specifying E or I.  BE SURE TO USE FULL NAMES FOR ALL ENTRIES.)

| Last, First Mi. | KDOC # or I/M # | Living Unit | Cell or Bunk | Last, First Mi. | KDOC# or I/M# | Living Unit | Cell or Bunk |
|---|---|---|---|---|---|---|---|
| Silver, Joshua A. | K0000224445 | N/A | N/A | | | | |
| Blake, Shidon | 96323 | A2 | 149 | | | | |
| | | | | | | | |
| | | | | | | | |

Check appropriate box (s) below:

☐ Information - <u>No response request</u>                    ☐ Supplement to Incident Report IR# _____ - _____ - _____
☐ Information - <u>Response requested</u>                     ☐ Supplement to Use of Force Report UOF# _____ - _____
☐ Supplement to Disciplinary Report DR# _____ - _____

:ts:

On Thursday, September 03, 2020, I COI Silver was in DCH when I heard a call on the radio that the restraint chair was needed in the medical room of ACH.  I then went to the west gate shack to retrieve the restraint chair and brought to the medical room of ACH.  When the offender was placed in the restraint chair, I helped on the escort to the clinic trauma room.

(Attach additional pages as needed)
Distribution to be made by the ranking shift supervisor in accordance with narrative distribution, supporting documentation and distribution check list.

☐Warden ☐DWO Suite ☐DWP ☐DWSS ☐Class. Admin. ☐I&I ☐Food Serv. ☐ Maint. ☐Other: _____

UTM ☐ A ☐B ☐ C ☐ D ☐E ☐ U-Dorm    ☐ East A ☐ East F    ☐ North Unit    ☐ East Unit

_Joshua a. Silver_                          _Joshua Silver Koovzz4445_
Signature                                   Print Full Name & KDOC#

Supervisory Action Taken:

_L+ Alub_
**Supervisor's Signature**
**EL DORADO CORRECTIONAL FACILITY**

TO:  _____          DATE:  _____
FROM:  _____        IR#  _____ - _____ - _____
SUBJECT:  _____     PAGE:  _____ OF _____

## Supplemental Page to Narrative Report

Signature: _____

Printed Name & KDOC #: _____



PHOTO ID LABEL

CASE #

PICTURE # 2 OF 4    P-1030

INMATE NAME(S) AND NUMBER(S) N/A

DESCRIPTION OF PHOTO CST Chestain

PLACE PHOTO TAKEN Infirmary Hallway

DATE AND TIME OF PHOTO 9/3/20  20:35

PHOTO TAKEN BY Nordquist



**PHOTO ID LABEL**

CASE #

INMATE NAME(S) AND NUMBER(S)   N/A

PICTURE #   3   OF   4

P-1030

DESCRIPTION OF PHOTO   CSI Wallace

PLACE PHOTO TAKEN   In E Max Hallway

DATE AND TIME OF PHOTO   9/3/20   2035

PHOTO TAKEN BY   Nordquist



**PHOTO ID LABEL**

CASE #

PHOTO ID #     4  OF  4     P-1030

INMATE NAME(S) AND NUMBER(S)     N/A

DESCRIPTION OF PHOTO     CSI Gorman

PLACE PHOTO TAKEN     Infirmary Hallway

DATE AND TIME OF PHOTO     9/3/20   2036

PHOTO TAKEN BY     Nordgust

RECEIVED

SEP 0 8 2020

MAJOR'S OFFICE

**EDCF**
**Use of Force Pictures**

INMATE NAME Blake                    # 96323

CELLHOUSE    A                CELL   153

| | DATE | Time Taken | Officer's Name |
|---|---|---|---|
| 1. | 9/3/20 | 2021 | Nordquist |
| 2. | 9/4/20 ~~9/4/20~~ | 750 ~~1845~~ | (o) Sanchez ~~Gannon~~ |
| 3. | 9/4/20 | 18:45 | Gannon |
| 4. | 9/5/20 | 1730 | Patterson |
| 5 | 9/5/20 | 1730 | Patterson |



**PHOTO ID LABEL**

P-1030

CASE #

PICTURE # 1 OF 5

INMATE NAME(S) AND NUMBER(S)

Blake #96323

DESCRIPTION OF PHOTO

4oF. #1

PLACE PHOTO TAKEN

Trayme room

DATE AND TIME OF PHOTO

9/3/20    2021

PHOTO TAKEN BY

Nordguist



PHOTO ID LABEL

CASE #

INMATE NAME & NUMBER: Blake 96323

DESCRIPTION OF MEDIA: Post use of force

PLACE PHOTO TAKEN: Wesley Hospital

DATE AND TIME OF PHOTO: 0730 9-4-2020

PHOTO TAKEN BY: CpL Seacher

of 5

P-1030





**PHOTO ID LABEL** P-1030

CASE #

PICTURE # 3 OF 5

INMATE NAME(S) AND NUMBER(S) Blake 96323

DESCRIPTION OF PHOTO KOF

PLACE PHOTO TAKEN A2 153

DATE AND TIME OF PHOTO 18:45 9/4/20

PHOTO TAKEN BY

P-1030

PHOTO ID LABEL

CASE #

PICTURE # 4      OF 5

INMATE NAME(S) AND NUMBER(S)
Blake, 96323

DESCRIPTION OF PHOTO
Cell 05-F-Bft

PLACE PHOTO TAKEN
A2 - 153

DATE AND TIME OF PHOTO
04-05-20   1730

PHOTO TAKEN BY
COI Patterson



PHOTO ID LABEL

P-1040

CASE #                    PICTURE # 5    OF 5

INMATE NAME(S) AND NUMBER(S)

Blake, 96323

DESCRIPTION OF PHOTO

Use of Force

PLACE PHOTO TAKEN

A2 - 153

DATE AND TIME OF PHOTO

09-05-20          1730

PHOTO TAKEN BY

COI Peterson