# KANSAS DEPARTMENT OF CORRECTIONS

| El Dorado Correctional Facility  **GENERAL ORDERS** | SECTION NUMBER 09-132 | PAGE NUMBER 1 of 3 |
|---|---|---|
| | SUBJECT: Established Procedure for Use of the Mobile Restraint Chair  CHAPTER TITLE: Security and Control | |
| **Approved By:**  *[signature]*  Warden Sam Cline | Original Date Issued: | 02/03/2019 |
| | Replaces Version Issued: | n/a |
| | CURRENT VERSION EFFECTIVE: | 02/03/2019 |

**STAFF READ ONLY**

## POLICY STATEMENT

The mobile restraint chair shall be utilized as an emergency and temporary security restraint device for those inmates who are exhibiting destructive or violent behavior, combative or unruly offenders when standard escort procedures would be impractical or insufficient. The mobile restraint chair shall be used in a humane manner, designed to avoid injury to inmates and/or staff, while maintaining secure control of the inmate. The restraint chair shall not be utilized in any manner as punishment. The mobile restraint chair shall only be used by properly trained staff.

## DEFINITIONS

Contraindication: A factor that renders the administration of a drug or the carrying out of a medical procedure inadvisable.

## PROCEDURES

I. Authorization

    A. Approval shall be obtained prior to the use of the restraint chair. The requesting officer, i.e. SST OIC, Response OIC, or Incident Commander shall obtain approval from the Shift Supervisor, with the specific circumstances for the use of the mobile restraint chair.

    B. Upon the use of the mobile restraint chair, the shift supervisor shall notify the Chief of Security and Deputy Warden of Operations of the specific circumstances which lead to the initial request for its use. On weekends/holidays, the Duty Officer shall be notified, along with an email notification to the Chief of Security and Deputy Warden of Operations.

    C. The complete process shall be documented by using the KDOC Use of Force Report (12-111-01) and shall include the specific circumstances warranting the use of the restraint chair and the facility staff member authorizing its use. The actual placement of the offender into the restraint chair shall be video recorded. This should begin immediately when the decision to place the offender in the restraint chair has been made. The video recording shall continue through the completion of placing the offender in a cell and/or removal from the restraint chair.

II. **General Procedures for Use of the Restraint Chair**

   A. The restraint chair shall be deemed a short term restraint device and shall be used in a humane manner. The offender shall be under constant observation while in the chair.

   B. Video recording shall begin at the onset of the offender being secured in the chair. An offender placed in the mobile restraint chair shall be continually video recorded for the duration of the placement.

   C. The use of the restraint chair shall be requested by the S.S.T. O.I.C. or the Response O.I.C. to the Shift Supervisor or the employee designated to serve in either capacity, and only under the following circumstances:

   i. The offender is physically abusive to staff or himself, combative or unruly

   ii. Conventional means of control are ineffective, i.e. talking t the offender in a calm manner in an attempt to deescalate, placing the offender in an observation/isolation cell to remove external stimuli, and giving the offender an additional opportunity to calm down and cooperate even after the mobile restraint chair order has been given. If the offender demonstrates adequate self-control, the order for use of the mobile restraint chair may be discontinued.

   D. When circumstances permit, the O.I.C. shall contact the facility health authority, or designee, to obtain a medical assessment of the offender. This is to be done during the use of the mobile restraint chair.

   i. Circulation checks shall be conducted every fifteen minutes for the duration of the time the offender is secured in the chair.

   ii. The K.D.O.C. Reports shall indicate the names of the medical and mental health staff providing the care.

   iii. Nursing or medical staff shall conduct an examination of the offender upon removal from the mobile restraint chair.

   1. This examination shall include:

      a. A check of vital signs,

      b. A check of blood circulation,

      c. A check of proper breathing,

      d. Observe range of motion conducted by security personnel,

      e. Other checks as are medically indicated, and;

      f. A check of mental health status.

   iv. Correctional staff will be notified of any contraindication to continued placement in the restraint chair identified by medical or mental health staff.

   E. The mobile restraint chair and any related equipment shall be inspected and cleaned after each use. Along with this practice, the mobile restraint chair shall be cleaned as necessary to maintain fitness for service, but not less than once per year in accordance with IMPP 12-107.

## CLOSING NOTE

NOTE: The General Orders set forth herein are intended to establish directives and guidelines for staff, offenders and those entities who are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by the facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this General Order are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This General Order is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

## REPORTS REQUIRED

| Name/Type of Report | By Whom/To Whom | Due |
|---|---|---|
| Use of Force Report | Involved Staff/ Shift Supervisor | End of Shift |
| Incident Report | Involved Staff/ Shift Supervisor | End of Shift |

## REFERENCES

IMPP 12-107, 12-113, 12-111

## ATTACHMENTS