In The United States District Court for Kansas

Shaidon Blake
   Plaintiff

v.                     Case No. 21-3046-SAC

Wallace, et. al.,

## Motion For Summary Judgement/Default

Here Comes Shaidon Blake pro se, petitioning this Honorable Court for Summary Judgement or judgement by default. Petitioner/plaintiff requested judgement for failure to comply with this Honorable Courts order to respond to courts ordered Martinez Report. This report was due May 4, 2022 but the deadline passed without no response or a request for extension of time.

Plaintiff filed a motion requesting Summary Judgement on May 19, 2022 over two weeks after defense response to court order was due, (Dec. 19) and supplimented Summary Judgement request on May 20, 2022 and May 23, 2022. These suppliments supplied this Honorable Court exhibits to prove all allegations in the complaint, complying to the Courts ordered Martinez report because of the defense's non compliance. Plaintiff used this courts order and supplied every document this court requested from the defense.

The defense never responded to the motion requesting Summary Judgement or the Martinez report was not submitted.

Pursuant to D. Kan. R. 7.4 (b) "when a party fails to respond to a dispositive motion, the local rules provide, the party has waived the right to file a response except upon a showing of excusable neglect. Absent a showing of excusable neglect, the court will consider and decide the motion as an uncontested motion and ordinarily, the court will grant the motion

without further notice. This law applies to defendants failure to respond.

On May 20, 2022, a day after plaintiffs motion for Summary Judgement was entered, and 17 days after the response to this courts order was due, the defense files a motion for extension of time. This request is over 2 weeks too late and by law should have been denied. The reason given for the non compliance does not qualify as "excusable neglect", the defense not properly calendaring a courts order can not be excepted as good cause. It is the states responsibility to properly function as a government entity responsible for many lives, so the neglect must come with the legal accountability as prescribed by law, D. Kan. R. 7.4 (b).

This court ordered a Martinez Report to be prepared on February 3, 2022 and that gave the defense plenty of time to request a extension or to comply to this order. This court responds to the request for an extension, even though it is out of time, on May 26, 2022, but still have not responded to the plaintiffs motion for Summary Judgement, filed timely and in proper form, before defense motion for extension.

Plaintiff filed a motion to amend complaint, in compliance to this courts order for Martinez Report. In that order, this court under (3)(c) requested the Martinez Report to contain information of "other like complaints" and rather they "should be considered together." Plaintiff supplied this court with this information because the defense failed to comply or failed to request a extension before the deadline given by this court, but this court still denied this motion on April 27, 2022. The plaintiff request all circumstances and exhibits be considered.

Had the defense requested this extension before the deadline, then it would have possibly been fair to consider the circumstances, but because

the defense waited until the court ordered deadline, and most important, after the plaintiff's motion for Summary Judgement/Default, without responding to either the order or plaintiff's motion. The request for extension of time was too late, out of time, and in fairness, should have been denied.

Plaintiff, now presents to this Honorable Court, the second deadline, after the defense late motion for extension was granted, which was June 19, 2022, has passed, and the defense has not complied to this deadline. A part of this Honorable Courts Order that called for a Martinez Report to be prepared, KDOC and the defendants were ordered to "interview all parties with knowledge of the incident including the plaintiff". To date, plaintiff has not been interviewed even after many attempts to, through constant requests through administrative remedies (Request form 9's, and grievances) and direct contact with 33 employees of KDOC and EDCF, (List available for subpena's to be issued), to no avail.

The defense has defied this Honorable Courts order, so the plaintiff requests the following relief;

1. Summary/Default Judgement in favor of the plaintiff
2. Injunctive relief protecting plaintiff from retaliation
3. Review of fact surrounding additional related incidents that rise to the level of criminal acts.
4. Order KDOC to review all disciplinary reports issued to plaintiff to eleviate all those that were not proper or legally held.
5. Compensitory damages of $2,500,000.⁰⁰ and punitive damages of $2,500,000.⁰⁰ total from defense.
6. Any and all relief this Honorable Court deem fair and just.

Respectfully Submitted,
Shaidon Blake #96323
EDCF PO Box 311
El Dorado, KS, 67042

This is true to the best of my knowledge under the penalties of perjury. Shaidon Blake 6-24-22

This motion was E-filed to the U.S. District Court for Kansas this 24 day of June 2022.