Jocilyn B. Oyler, SC# 22229
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, 2nd Floor
Topeka, KS 66603
Tel: 785.940.1124
Fax: 785.296.0014
Jocilyn.Oyler1@ks.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **SHAIDEN BLAKE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 21-CV-3046-SAC** |
| v. | ) | |
| | ) | |
| **WALLACE, et al** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO FILE CONVENTIONALLY AN EXHIBIT TO INVESTIGAGE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

**COMES NOW**, Jocilyn B. Oyler, Legal Counsel, directed to prepare a Martinez Report in the above captioned matter and submits this Motion to File Conventionally an Exhibit to the report pursuant to "Martinez v. Aaron" Investigation using a conventional method.  In support of this Motion, Counsel would state as follows:

1. The digital volume of Exhibit F is comprised of a video of plaintiff on September 3, 2020.  This video is too large to file it with the Court electronically.

2. For the above reason, it is not feasible for counsel directed to prepare this Martinez Report to file the video of the event occurring on September 3, 2020, electronically.

3. For security reasons, plaintiff will not be allowed to possess the media disc but will be allowed to view the content upon reasonable notice at a reasonable time.

The Court is respectfully requested to allow Legal Counsel to file Exhibit F to the Martinez Report in a conventional form rather than electronically.

          Respectfully Submitted,

          /s/  Jocilyn B. Oyler
          Jocilyn B. Oyler, SC# 22229
          Legal Counsel
          Kansas Department of Corrections
          714 SW Jackson St, 2nd Floor
          Topeka, KS 66603
          Tel: 785.940.1124
          Fax: 785.296.0014
          Jocilyn.Oyler1@ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of July 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Attorney General's Office
120 S.W. 10th Ave.
Topeka, Kansas 66612-1597

Natasha Carter
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St., Suite 300
Topeka, Kansas 66603

I further certify I sent via United State Postal mail a copy of the foregoing, on the 6th day of July 2022.

Shaiden Blake #96323
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

          /s/ Jocilyn B. Oyler
            Jocilyn B. Oyler