IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAIDON BLAKE,

                Plaintiff,

v.                                         CASE NO. 21-3046-SAC

(FNU) WALLACE, et al.,

                Defendants.

**ORDER**

This matter is before the Court on Interested Party KDOC's Motion to File Conventionally an Exhibit to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 31). KDOC seeks to file conventionally one digital disk which contains a video central to the *Martinez* Report, denominated as Exhibit F. KDOC seeks to file the exhibit conventionally because the video is too large to file with the Court electronically. The Court grants the motion.

**IT IS THEREFORE ORDERED THAT** the KDOC's Motion for Leave to File Exhibit Conventionally (Doc. 31) is **granted.**

**IT IS FURTHER ORDERED** that Exhibit F to the *Martinez* Report shall be filed conventionally.

**IT IS SO ORDERED**.

**Dated July 8, 2022, in Topeka, Kansas.**

                                                **s/ Sam A. Crow**
                                                **Sam A. Crow**
                                                **U.S. Senior District Judge**