IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAIDON BLAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 21-cv-3046-SAC |
| ) | |
| (FNU) WALLACE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
## FOR SUMMARY JUDGMENT/DEFAULT

Defendants (fnu) Chastain, (fnu) Gorman, and (fnu) Wallace submit this response, through Assistant Attorney General Matthew L. Shoger, in opposition to Plaintiff's Motion for Summary Judgment/Default. Defendants respectfully request that this motion be denied and state the following in support. On March 9, 2022, the Court entered an Order (ECF No. 15) in the case, which stated "No answer or motion addressed to the Complaint shall be filed until so ordered by the Court." As of the date of this filing, the Court has not yet so ordered. On June 24, 2022, the Plaintiff nonetheless filed a Motion for Summary Judgment/Default (ECF No. 29). Plaintiff's motion is invalid as a violation of the Court's March 9 Order and should be disregarded.

WHEREFORE, for the reasons set forth above, Defendants request that this Court enter an Order denying Plaintiff's Motion for Summary Judgment/Default, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 12th day of July, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Natasha Carter
    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, KS 66603
    Natasha.Carter@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

    Shaidon Blake #96323
    El Dorado Correctional Facility-Central
    P.O. Box 311
    El Dorado, KS 67042
    *Plaintiff, pro se*

                                        /s/ Matthew L. Shoger
                                        Matthew L. Shoger
                                        Assistant Attorney General