In The United States District Cort for Kansas

Shaidon Blake
  Petitioner
v.

Wallace, et. al.
  Defendant

Case No. 5:21-cv-03046-SAC

Request for Discovery / Request for Documents

 Here Comes Shaidon Blake pro se, petitioning this Honorable Court for order to compel the delivery of Discovery and Documents. The requested Discovery is labled Doc. 34, DVD of late submitted evidence in support of Martinez Report.

 Plaintiff never received the request to submitt late discovery, only a order by this Honorable Court granting the late submission. The Plaintiff asserts that his right to challenge this late submission was taken away. Also, it is to be noted that Plaintiff has complied to every court order, but the defense has defied 2 court orders that established a time to submitt the ordered Martinez Report. Even with the Plaintiff's challenge of the late submission, the Martinez Report was excepted, though the defense failed to comply with the order for its contents, by not interviewing the Plaintiff.

 The defense refused to get the Plaintiff on record yet came to legal conclusions concerning issues

only a interview of the Plaintiff could have remedied. With this neglect, the defense submitts late discovery that was not sent to the Plaintiff. And this DVD has not been reviewed by the Plaintiff as is his right.

The Plaintiff also request clarity on (Doc. 33) This response was never received by the Plaintiff. This response is not labled, a response to Plaintiffs Default Judgement. Plaintiff is unsure who Matthew Shoger is, and his name follows, Default Judgement. Plaintiff requests this Honorable Court to verify whose Default Judgement is subject of this response and where is the Plaintiffs copy.

Respectfully Submitted,
Shaidon Blake #96323
EDCF PO Box 311
El Dorado, Ks. 67042

This motion was E-filed this 15th day of July 2022 to the U.S. District Court for Kansas.