IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SHAIDON BLAKE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     vs. | )   **CASE NO. 21-3046-SAC** |
| | ) |
| **(FNU) WALLACE, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**DEFENDANT CENTURION HEALTH SERVICES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT/DEFAULT (DOC. 29)**

**COMES NOW** defendant Centurion Health Services ("Centurion"), by and through undersigned counsel, and hereby provides the following response to Plaintiff's Motion for Summary Judgment/Default (Doc. 29).

It is unclear as to which defendants Plaintiff's Motion is directed to. To the extent that Plaintiff seeks summary judgment or default judgment against this defendant, defendant Centurion submits that it is neither in default per the Court's March 9, 2022, Order (Doc. 15) which states that "No answer or motion addressed to the Complaint shall be filed until so ordered by the Court" nor responsible for the submission of the *Martinez* Report on which Plaintiff purportedly seeks summary judgment. As noted by co-defendants' Response (Doc. 33), which is hereby incorporated by reference, Plaintiff's Motion is in violation of the Court's March 9, 2022, Order. (Doc. 15).

**WHEREFORE**, for the above reasons set forth above, Defendant Centurion Health Services requests that this Court deny Plaintiff's Motion to the extent that it is directed to this defendant and for such other and further relief as this Court deems just and proper.

1

{0272863.DOCX}

*Respectfully Submitted*,

**NORRIS KEPLINGER**
**HICKS & WELDER, LLC**

By:  */s/ John Hicks*
John Hicks, jh@nkfirm.com, #20474
Sam Bennett, sbennett@nkfirm.com, #26695
11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS        FOR        DEFENDANT**
**CENTURION HEALTH SERVICES**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2022, the above and foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record, and a copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

Plaintiff pro se        Shaidon Blake, #96323
                        El Dorado Correctional Facility
                        PO Box 311
                        El Dorado, KS

                                By:  */s/ John Hicks*
                                Attorney for Defendant
                                Centurion Health Services