In The United States District Court for Kansas

Shaidon Blake
 Plaintiff
v.                    Case No. 5:21-cv-03046-SAC

Wallace, et.al.
 Defendant

Motion To Suppliment Exhibits

Here Comes Shaidon Blake pro se, supplimenting Exhibits in connection with the above case number. The Exhibit being supplimented to this case is No# ZZ.

This exhibit substantiates plaintiffs claims of retaliation and bolsters the credibility of the claims of excessive use of force. This exhibit also shows the plaintiffs exhaustive journey in attempt to solve his issues on the administrative level to no avail, and that EDCF & KDOC made no attempt to resolve the issues, quit the opposite. They have done everything in their power to circumvent policy, proceedures and law to keep this off the record and hidden. Which is the definition of illegal conspiracy and dereliction of duty. (see ex# ZZ)

Respectfully Submitted
Shaidon Blake 96323
EDCF Po Box 311
El Dorado, KS, 67042

This was E filed this 22 day of July 2022 to the US District Court for Kansas.