In The United State District Court For Kansas

Shaidon Blake #96323
  Plaintiff
v.                                    Case No. 5:21-cv-03046-SAC

Wallace, et. al.
  Defendant

Motion To Suppliment with Exhibit.

Here Comes Shaidon Blake, pro se, supplimenting the record with an exhibit Numbered #ZZ. This exhibit supports the retaliation claim and the other exhibits presented. It also shows KDOC & EDCF knew and ignored the illegal acts committed by its employees, removing plausible dinaiability from everyone responsible for correcting the problem. To date, plaintiff still have not been interviewed concerning the facts of any case.

Respectfully Submitted,
Shaidon Blake #96323
EDCF PO Box 311
El Dorado, KS. 67042

This was EFiled this 25th day of July 2022 to the U.S. District Court for Kansas.