Ex # ZZ

This correspondence is in a effort to prevent the inevitable crash that occures after a continuation of abuse. I have reported to a total of 35 D.O.C. employee's about the illegal acts that are being done by officers acting under the color of the laws. There is undisputable proof that officers at EDCF have falsified official documents and the result was I was placed in long term Seg on OSR. This false OSR report was the reason I didn't get parole.

The author of the narrative SST Chiles, stated to the Unit team Superviser Henke, that I never made the comments used to get me OSR and he never made the statement in the report. He stated, someone changed his narrative. He also waited after I did 1 year and 8 months on seg and once I was out about 6 months, but he did admit the report was altered. The problem didn't get solved and its just a part of a larger problem.

EAI Head Cannon was informed by UTS Henke but never interviewed me or did anything to solve this problem. I spoke to him and a long list of EDCF officials and no one even investigated at all. The Major, Randolph also knew about this because it began with his wife, Sgt Angela Randolph. She, and LT Johnson falsified a total of 6 dispositions for disciplinary reports that were never held because of my civil complaints filed in federal court making the pattern of blaten retaliation, federal witness tampering and intimidation and I

Ex# 22 cont.                              2 of 2

am requesting a formal investigation based on these facts. I have documented proof of all allegations and do swear and affirm under the penalties of perjury that this statement is true.

The following is a list of D.O.C. employees & officials I made aware of these illegal activities.

| | | |
|---|---|---|
| UTM Hoepner | Warden Cline | Dep. Warden Moore |
| UTS Horsh | EAI Cannon | Dep. Warden Early |
| UTS Handy | EAI O'Brian | Warden Butler |
| UTM Aikens | MH Gulliver | Warden Williams |
| UTS Henke | MH Jones | Icc Coord. Burris |
| UTM Johnson | MH Tague | Icc Coord. Smith |
| UTS Reeves | UTS Gorman | Sec. of Corr. Zmuda |
| UTM Perkins | LT. McQuacthy | |
| UTS Rodriguez | LT Austin | |
| UTS Knapp | Capt. Moore | |
| UTS Holland | UTS Brewer | |
| UTM Martin | Sgt Marley | |
| LT. Johnson | LT. Galloway | |
| Maj. Randolph | Ms. Bos | |

Respectfully Submitted
Shaidon Blake #86323
EDCF PO Box 311
El Dorado, Ks. 67042
Shaidon Blake
7-7-22

NOTARY PUBLIC - State of Kansas
AMANDA JOHNSON
My Appt Expires 5-24-26