EXHIBIT A

## SUPERVISED VIEWING AFFIDAVIT

I, **Craig Brewer**, of lawful age and duly sworn on oath state as follows:

1. I am employed by the Kansas Department of Corrections ("KDOC") at:

   - [x] El Dorado Correctional Facility (EDCF)
   - [ ] Ellsworth Correctional Facility (ECF)
   - [ ] Hutchinson Correctional Facility (HCF)
   - [ ] Lansing Correctional Facility (LCF)
   - [ ] Larned Correctional Mental Health Facility (LCMHF)
   - [ ] Norton Correctional Facility (NCF)
   - [ ] Topeka Correctional Facility (TCF)
   - [ ] Winfield Correctional Facility (WCF)
   - [ ] Wichita Work Release Facility (WWRF)

   as a **Unit Team Supervisor** *(title)*.

2. **Shidon Blake**, # **96323** *(resident name)* *(resident #)*, viewed the video from **7-27-22** *(date of incident)* on **7-27-22** *(date of viewing)* in **D1 Unit Team Office** *(location of viewing)*.

**Craig Brewer**
Printed Name

*Craig Brewer* (signature)
Signature

State of **KS**
County of **Butler**

Signed and sworn to (or affirmed) before me on this **29** day of July, 2022, by **Craig Brewer**.

NOTARY PUBLIC - State of Kansas
AMANDA JOHNSON
My Appt Expires 5-24-26

Notary Public

My commission expires: **5-24-26**