Ex# YY

In The United States District Court for Kansas

Shaidon Blake
    Plaintiff

v.             Case No. 5:21-cv-03046-SAC

Wallace, et.al.
    Defendant

## Affidavit of Truth

I Shaidon Blake affirms that the following is true under the penalties of perjury:

1. I have made an attempt to resolve issues of retaliation by illegal falsified documents, to include the falsifying of dispositions of disciplinary hearings that were never had and false O.S.R report by documented complaints, that have been ignored and covered up by EDCF and K.D.O.C Headquarters staff. Exhibits in the record.

2. SORT Team Staff Chiles, the author of the false narrative that placed me on longterm Seg (OSR), admitted to Unit Team Supervisor Henka that the report was false and I never made the comments or actions that got me OSR. He states his original report was changed.

3. E.A.I. Cannon, responsible for investigations at EDCF, was informed of both illegal situations, the false dispositions and false OSR report, but he done nothing along with D.W.S.S Bos and 32 other

Ex#YY cont.

EDCF & K.D.O.C staff. U.T.S. Henke Emailed Cannon & Sissle who are E.A.I about the illegal actions done to me, but neither responded.

4. D.W.S.S. Bos was informed of the illegal actions taken against me but did nothing.

5. I have been targeted by staff because of my advocacy and the DR's and segtime in question was unwarranted.

6. I have made many attempts to go on record with evidence and a official statement with E.A.I. to only be ignored. This interview was required by order of the court under the order for Martinez Report.

7. The KDOC's finalized Martinez Report is intentionally deceptive because it did not include a interview of me as the plaintiff and complaintant as the court ordered to "interview all with information concerning the incident including the plaintiff." The deception came in the response with false statements contrary to their own exhibits (#zz, y1, x3, 2B-41, 2B-90, 2B-92, & 2B-56)

This declaration was made in sound mind under the penalties of perjury.

Respectfully Submitted
Shanda Burke  8-1-22

NOTARY PUBLIC - State of Kansas
AMANDA JOHNSON
My Appt Expires 5-24-26

8-1-22

## Blake #96323

John Henke [KDOC] <John.Henke@ks.gov>
Fri 4/22/2022 2:57 PM

To: John Cannon2 [KDOC] <John.Cannon2@ks.gov>

Sorry I didn't get this to you sooner but I've crazy busy. So when resident Blake #96323 first came onto my case load back in ACH, he told me about some of what he persevered as misconduct of different staff members. He stated that on 9-3-2020 he was forced celled and taken to the hospital under the assumption that he was having a stroke. Resident Blake claims that he told the officers that he was fine and that he was not experiencing any stroke like symptoms and that he refused medical treatment. He states that they forces celled him anyways and took him to the hospital. While in the hospital he had a conversation with CSI Sanchez and COI Chiles who were at the time on SST. He claims that this conversation along with some DRs that he claimed were improperly done, were used as the basis to place him on OSR. When I was in ACH I was doing rounds when CSI Sanchez, at the time he was still on SST, come into the house and Mr. Blake called him over. Mr. Blake then asked him about the conversation they had at the hospital to which CSI Sanchez stated that his report was taken very much out of context. Later I was able to talk with COI Chiles and out of curiosity I asked him about that day and the narrative that he had written. COI Chiles stated to me that his narrative was indeed altered and that what the narrative stated now was not what happened. Mr. Blake also stated that his DR hearing was done is such a was that he was denied his due process. He claims that he was not allowed to speak in his deference and that a staff assistance was assigned to him. Though this is allowed in the rules he does not believe the staff assistance as allowed to properly defend him. The part I can't confirm but the conversation with both Sanchez and Chiles I can. I'm not sure what you can do with any of this information but you did ask me to email you it, so I am. Once again I'm sorry for not getting this to you sooner but it's been rather hectic here in DCH.