IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAIDON BLAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case. No. 21-3046-SAC |
| | ) |
| (FNU) WALLACE, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Defendants (fnu) Chastain, (fnu) Gorman, and (fnu) Wallace ("Defendants") submit this notice, through Assistant Attorney General Matthew L. Shoger, under D. Kan. Rule 7.1(f) to provide supplemental authorities in addition to those in Defendants' Response to Plaintiff's Motion to Compel (Doc. 41 at 4). Defendants note that case law supports additional reasons for sealing videos that show the inside of a prison. *Mathis v. Adams*, No. 3:12-cv-735-J-39PDB, 2014 WL 1202955, at *5 & n.14 (M.D. Fla. Jan. 29, 2014) (saying videos including "hand-held camera video footage" from inside a prison can be sealed "because they show the internal structure of the prison facility"), *overruled on other grounds by Mathis v. Adams*, 577 F. App'x 966 (11th Cir. 2014); *Chrisman v. Board Of Cnty. Comm'rs*, No. CIV-17-1309-D, 2020 WL 12948695, at *1 to *2 (W.D. Okla. Oct. 9, 2020) (citing *Brown v. Flowers*, 974 F.3d 1178, 1187-88 (10th Cir. 2020)) (finding "a real and substantial interest to warrant sealing the jail surveillance videos" in part because "[e]ntry and exit points are . . . visible" such as "the hallway from which emergency responders enter and exit"); *Ortiz v. City & Cnty. of S.F.*, No. 18-cv-07727, 2020 WL 2793615, at *8 (N.D. Cal. May 29, 2020) (sealing jail surveillance videos because the videos "show the layout of the jail, entry and exit points . . . and other securit[y]

concerns"); *Lumpkin v. Salt*, No. C18-330, 2018 WL 4002539, at *2 (W.D. Wash. Aug. 22, 2018) (prohibiting inmate plaintiff from possessing a video that could show "staff response times, locations from which staff are responding, the length of time it takes to open doors into an area, staffing patterns, specific defense tactics or techniques, and weaknesses and abilities of individual staff members"); *Flaherty-Ortega v. Horry Cnty.*, No. 1:21-2866, 2021 WL 5495362, at *4 (D.S.C. Nov. 23, 2021) (citing *Gayle v. Meade*, No. 20-21553-Civ, 2020 WL 4047334, at *4 (S.D. Fla. July 17, 2020)) (sealing videos and photographs relating to the transportation of inmates and suggesting any videos and photographs of a detention center can be kept confidential by court order).

        Respectfully submitted,

        OFFICE OF ATTORNEY GENERAL
        DEREK SCHMIDT

        /s/ Matthew L. Shoger
        Matthew L. Shoger, KS No. 28151
        Assistant Attorney General
        120 SW 10th Avenue, 2nd Floor
        Topeka, Kansas 66612-1597
        matt.shoger@ag.ks.gov
        (785) 296-2215
        Fax: (785) 291-3767
        *Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

John Russell Hicks
Norris Keplinger Hicks & Welder, LLC
11551 Ash Street, Suite 200
Leawood, KS 66211
jh@nkfirm.com
*Attorney for Centurion Health Services*

Samuel Patrick Bennett
Norris Keplinger Hicks & Welder, LLC
11551 Ash Street, Suite 200
Leawood, KS 66211
sbennett@nkfirm.com
*Attorney for Centurion Health Services*

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Jocilyn Oyler
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
jocilyn.oyler1@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

Shaidon Blake #96323
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger
Assistant Attorney General