FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**September 23, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

_____

|                                         |                          |
|-----------------------------------------|--------------------------|
| SHAIDON BLAKE,                          |                          |
|                                         |                          |
|     Plaintiff - Appellant, |                          |
|                                         |                          |
| v.                                      | No. 22-3163              |
|                                         | (D.C. No. 5:21-CV-03046-SAC) |
| (FNU) WALLACE; (FNU) GORMAN;            | (D. Kan.)                |
| (FNU) CHASTAIN; CENTURION               |                          |
| HEALTH SERVICES,                        |                          |
|                                         |                          |
|     Defendants - Appellees, |                          |
|                                         |                          |
| and                                     |                          |
|                                         |                          |
| CHRISTIAN (LNU),                        |                          |
|                                         |                          |
|     Defendant.      |                          |

_____

## ORDER
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

On August 25, 2022, the court entered an order directing Mr. Blake to show cause

as to why he should not pay the appellate filing fees in full before proceeding in this

matter. *See* 28 U.S.C. § 1915(g); *Strope v. Cummings*, 653 F.3d 1271, 1273 (10th Cir.

2011). Mr. Blake filed a response to the order to show cause on September 22, 2022.

After careful review of Mr. Blake's response, we have determined that the Prison

Litigation Reform Act, 28 U.S.C. § 1915(g), applies to this appeal. *See Hafed v. Fed.*

*Bureau of Prisons*, 635 F.3d 1172 (10th Cir. 2011); *White v. State of Colo.*, 157 F.3d

1226 (10th Cir. 1998); *see also Stine v. U.S. Fed. Bureau of Prisons*, 465 F. App'x 790,

793 (10th Cir. Mar. 8, 2012) (unpublished) (quoting *Ciarpaglini v. Saini*, 352 F.3d 328,

330 (7th Cir. 2003)). We have also determined that Mr. Blake has failed to make credible

and specific allegations that he is in imminent danger of serious physical injury as

defined in 28 U.S.C. § 1915(g).

Therefore, Mr. Blake is ordered to pay the $505.00 appellate filing fee to the

district court 20 days of this order. If full payment is not received within that period of

time, this appeal will be dismissed without further notice for lack of prosecution. *See* 28

U.S.C. § 1915(g); 10th Cir. R. 3.3(B) & 42.1.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lara Smith
    Counsel to the Clerk