IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



Shaidon Blake,

    Plaintiff/Appellant,

vs.

(fnu) Wallace, et al.,

    Defendants/Appellees.

Case No. 21-3046-JWL
Appeal No. 23-3163

### RECEIPT

Received from SKYLER B. O'HARA, CLERK, and filed upon receipt, Volume II to the Record on Appeal of the U.S. District Court for the District of Kansas in the above-referenced case, consisting of **Exhibit F to Martinez Report (Doc. No. 28)** directed to the Clerk, U.S. Court of Appeals for the Tenth Circuit.

Dated: 8/11/23

CHRISTOPHER M. WOLPERT, CLERK

By _____
    Deputy Clerk

Please sign, date and return to:

Skyler B. O'Hara, Clerk
U.S. District Court for
the District of Kansas
490 U.S. Courthouse
444 S.E. Quincy
Topeka, KS 66683